ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Leebcor Services, LLC | ) ASBCA No. 62748 |
| | ) |
| Under Contract No. W91278-16-D-0033 | ) |

APPEARANCES FOR THE APPELLANT:    Patrick K. Burns, Esq.
 Jeremy D. Camacho, Esq.
  Gordon Rees Scully Mansukhani LLP
  Alexandria, VA

 Susan Childers North, Esq.
 Jonathan W. Gonzalez, Esq.
  Gordon Rees Scully Mansukhani LLP
  Williamsburg, VA

 Douglas L. Patin, Esq.
  Bradley Arant Boult Cummings LLP
  Washington, D.C.

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
 David C. Brasfield, Jr., Esq.
 Kristine M. Knodel, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Mobile

ORDER OF DISMISSAL

  Appellant, Leebcor Services, LLC, moves to dismiss the above-captioned appeal with prejudice. Respondent, the United States Army Corps of Engineers, does not object to dismissal. The appeal is dismissed with prejudice.

  Dated: January 13, 2023

ELIZABETH WIWER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62748, Appeal of Leebcor Services, LLC, rendered in conformance with the Board's Charter.

Dated: January 13, 2023

_for_ Tammye D. Abbott

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals